IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LISA ANN FRILOUX**

**PLAINTIFF**

**VERSUS**                                          **CIVIL ACTION NO. 1:15cv200-RHW**

**CAROLYN W. COLVIN,**
**Commissioner of Social Security**                                          **DEFENDANT**

# FINAL JUDGMENT

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58, and based on the reasons set forth in the Memorandum Opinion entered by the Court this date, the Court hereby enters its Final Judgment affirming the decision of the Commissioner of Social Security in the above-captioned matter.

**IT IS THEREFORE, ORDERED AND ADJUDGED** that this case is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 26th day of September, 2016.


/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE